SERENA M. WARNER, ESQ., SBN 264799
  Email: swarner@akk-law.com
KATHRYN A. HULSE, ESQ., SBN 324013
  Email: khulse@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. HARPREET (TINA) JOHL, RN, and SEBASTIAN DZEKASHU RN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>　　　　　　Defendants. | Case No.: 2:23-CV-00457-JDP<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

　　　The parties hereby agree to and stipulate that Plaintiff's HARPREET JOHL and SEBASTIAN DZEKASHU will file a First Amended Complaint on or before May 23, 2023, and Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") will respond to the First Amended Complaint within 21 days from the date of service.

　　　1.　　The operative Complaint was filed on March 13, 2023.  (ECF No. 1.)

　　　2.　　CDCR was served on March 24, 2023.

　　　3.　　The parties have met and conferred, and Plaintiffs have represented that they will file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure rule 15(a)(1)(B).

4. Plaintiffs need until May 23, 2023 to file the First Amended Complaint, which is after the current deadline for CDCR's responsive pleading.

5. The Parties agree that CDCR will wait to file a response until after the First Amended Complaint is filed and will further the goals of efficiency and economy.

Accordingly, the Parties hereby stipulate that Plaintiffs will file a First Amended Complaint on or before May 23, 2023 and CDCR will file a responsive pleading within 21 days from the date of service.

SO STIPULATED.

Dated: May 10, 2023                    ANGELO, KILDAY & KILDUFF, LLP

*/s/ Kathryn A. Hulse*
By:_____
SERENA M WARNER
KATHRYN A. HULSE
Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Dated:  May 10, 2023                   LAW OFFICE OF NICHOLAS R. WEBB

*/s/ Nicholas R. Webb*
*(as authorized on May 10, 2023)*
By:_____
NICHOLAS R. WEBB
Attorneys for Plaintiffs Dr. HARPREET (TINA) JOHL, RN, and SEBASTIAN DZEKASHU RN

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff shall file a First Amended Complaint on or before May 23, 2023.  Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION shall file a response within 21 days from the date of service of the First Amended Complaint.

IT IS SO ORDERED.

Dated:   May 19, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE