1  SERENA M. WARNER, ESQ., SBN 264799
     Email: swarner@akk-law.com
2  KATHRYN A. HULSE, ESQ., SBN 324013
     Email: khulse@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
   Sacramento, CA  95825
5  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
6

7  Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **EASTERN DISTRICT OF CALIFORNIA**

12

13 Dr. HARPREET (TINA) JOHL, RN, and ) Case No.: 2:23-CV-00457-JDP
   SEBASTIAN DZEKASHU RN,             )
14                                    ) **STIPULATION TO EXTEND**
                           Plaintiff, ) **RESPONSIVE PLEADING DEADLINE**
15                                    )
16               vs.                  )
                                      )
17 CALIFORNIA DEPARTMENT OF           )
   CORRECTIONS AND REHABILITATION,    )
18 et al.                             )
                                      )
19                                    )
                           Defendants.)
20

21       Pursuant to Local Rule 144(a), the parties hereby stipulate to extend the time for defendant

22 CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("Defendant")

23 to respond to the First Amended Complaint (ECF No. 6 the "FAC") of Plaintiffs Dr. HARPREET

24 (TINA) JOHL, RN, and SEBASTIAN DZEKASHU RN by an additional fourteen (14) days to

25 **June 26, 2023**.

26       The parties previously stipulated for leave to allow Plaintiff additional time to file a First

27 Amended Complaint on May 23, 2023.  Defendant in turn would file a responsive pleading by

28 June 12, 2023.

-1-
STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE


Case 2:23-cv-00457-JDP   Document 13   Filed 06/09/23   Page 2 of 2

Accordingly, the Parties hereby stipulate that Defendant will file a responsive pleading by June 26, 2023.

SO STIPULATED.

Dated: June 8, 2023  ANGELO, KILDAY & KILDUFF, LLP

*/s/ Kathryn A. Hulse*

By:_____
SERENA M WARNER
KATHRYN A. HULSE
Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Dated: June 7, 2023  LAW OFFICE OF NICHOLAS R. WEBB

*/s/ Nicholas R. Webb*
*(as authorized on June 7, 2023)*

By:_____
NICHOLAS R. WEBB
Attorneys for Plaintiffs Dr. HARPREET (TINA) JOHL, RN, and SEBASTIAN DZEKASHU RN

**ORDER**

**IT IS HEREBY ORDERED** Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION shall file a response to the First Amended Complaint on or before June 26, 2023.

IT IS SO ORDERED.

Dated:   June 9, 2023                                      _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE


STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE
