Derek K. Ulmer (SBN 318255)
**GOYETTE, RUANO & THOMPSON**
**A Professional Law Corporation**
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Tel:   (916) 851-1900
Fax:   (916) 851-1995
Email: derek@grtlaw.com

Attorneys for Plaintiffs,
DR. HARPREET (TINA) JOHL, RN and
SEBASTIAN DZEKASHU, RN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. HARPREET (TINA) JOHL, RN, and SEBASTIAN DZEKASHU, RN,<br><br>             Plaintiffs,<br><br>        vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIRORNIA CORRECTIONAL HEALTH CARE SERVICES; DEBORAH BRADFORD (an individual); MARCIE FLORES (an individual); RAINBOW BROCKENBOROUGH (an individual); BARBARA BARNEY-KNOX (an individual), JOSEPH BICK (an individual), JASINDA MUHAMMAD (an individual); MIGDALIA SIACA (an individual); MARY ANN MONAHAN (an individual); and DOES 1-50, INCLUSIVE,<br><br>             Defendants. | Case No: 2:23-cv-00457-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DUE DATE OF PLAINTIFFS' RESPONSIVE PLEADING [LR 143]**<br><br><br>Date:          August 24, 2023<br>Time:         10:00 a.m.<br>Courtroom: 9<br><br>Hon. Jeremy D. Peterson |

Plaintiffs HARPREET (TINA) JOHL, RN and SEBASTIAN DZEKASHU, RN and Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, DEBORAH BRADFORD, MARCIE FLORES, RAINBOW BROCKENBOROUGH, BARBARA BARNEY-KNOX, JOSEPH BICK, JASINDA MUHAMMAD, MIGDALIA SIACA, MARY ANN MONAHAN by and through their counsel of

record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

RECITALS

1. WHEREAS, on March 12, 2023, Plaintiffs by and through their previous counsel, Nicholas R. Webb, filed their complaint in the United States District Court for the Eastern District of California. See ECF No. 1;

2. WHEREAS, on May 22, 2023, Plaintiffs by and through their previous counsel, Nicholas R. Webb, filed a First Amended Complaint and added additional facts and exhibits. See ECF No. 6.

3. WHEREAS, on June 26, 2023, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint. See ECF No. 14.

4. WHEREAS, on June 28, 2023, Plaintiff retained Goyette, Ruano & Thompson to represent them in this matter in replace of their previous attorney Nicholas R. Webb;

5. WHEREAS, on July 11, 2023, the Court issued a Minute Order continuing the hearing on Defendant's Motion to Dismiss from August 10, 2023 to August 25, 2023 and ordering Plaintiffs to file an opposition or statement of non-opposition to Defendant's Motion to Dismiss no later than July 25, 2023;

6. WHEREAS, on July 13, 2023, counsel for Plaintiffs met and conferred with counsel for Defendant regarding whether they would oppose a Second Amended Complaint to correct deficiencies raised in their Motion to Dismiss.

7. WHEREAS, on July 23, 2023, counsel for Defendant, Kathryn A. Hulse, offered and agreed to the filing of this Stipulation and Order to extend Plaintiff's responsive date by two weeks.

STIPULATION

1. Therefore, pursuant to Civil Local Rule 143, Plaintiffs' and Defendant agree to extend the deadline for a responsive pleading from July 25, 2023, to August 8, 2023.

**IT IS SO STIPULATED.**

Dated: July 25, 2023                           ANGELO, KILDAY & KILDUFF, LLP

                                        By: /s/Kathryn A. Hulse
                                            KATHRYN A. HULSE
                                            Attorneys for Defendant

Dated: July 25, 2023

                                        GOYETTE, RUANO, & THOMPSON

                                        By: /s/ Derek K. Ulmer
                                           DEREK K. ULMER
                                           Attorneys for Plaintiff

## ATTESTATION OF E-FILED SIGNATURE

I, Derek K. Ulmer, am the ECF User whose ID and password are being used to file this Stipulation to Continue Due Date of Plaintiffs' Responsive Pleadings to Defendant's Motion to Dismiss. In compliance with Local Rule 131(e) I attest that Kathryn A. Hulse has read and approved this pleading and consented to its filing in this action.

Dated: July 25, 2023

                                        GOYETTE, RUANO, & THOMPSON

                                        By: /s/Derek K. Ulmer
                                           DEREK K. ULMER
                                           Attorneys for Plaintiffs

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, plaintiffs are granted until August 8, 2023, to file either a second amended complaint or a response to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: July 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE