SERENA M. WARNER, SBN 264799
  Email: swarner@akk-law.com
KATHRYN A. HULSE, SBN 324013
  Email: khulse@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; AND DEBORAH BRADFORD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. HARPREET (TINA) JOHL, RN,<br><br>            Plaintiff,<br><br>      vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>            Defendants. | Case No.  2:23-cv-00457-JDP<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |

Pursuant to Local Rule 144(a), the parties hereby stipulate to extend the time for defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, and DEBORAH BRADFORD ("Defendants") to respond to the Second Amended Complaint (ECF No. 24 the "SAC") of Plaintiff Dr. HARPREET (TINA) JOHL, RN by an additional 21 days to **September 12, 2023**.

The parties previously stipulated for leave to allow Plaintiff additional time to file a First Amended Complaint on May 23, 2023.  Defendants in turn would file a responsive pleading by **June 12, 2023.**

-1-
STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE

The parties later stipulated for leave to allow Plaintiff additional time to file a Second Amended Complaint on August 8, 2023. Defendants in turn would file a responsive pleading by **August 22, 2023**.

In order to allow Defendants additional time to complete their response with accuracy and completeness, the Parties hereby stipulate that Defendants will file a responsive pleading by **September 12, 2023.**

SO STIPULATED.

Dated: August 16, 2023                ANGELO, KILDAY & KILDUFF, LLP

                                      */s/ Kathryn A. Hulse*
                                  By:_____
                                      SERENA M WARNER
                                      KATHRYN A. HULSE
                                      Attorneys for Defendants CALIFORNIA
                                      DEPARTMENT OF CORRECTIONS
                                      AND REHABILITATION

Dated: August 16, 2023                GOYETTE, RUANO & THOMPSON

                                      */s/ Derek K. Ulmer*
                                      *(as authorized on August 16, 2023)*
                                  By:_____
                                      DEREK K. ULMER
                                      Attorneys for Plaintiff Dr. HARPREET
                                      (TINA) JOHL, RN

**ORDER**

**IT IS HEREBY ORDERED** Defendants shall file a response to the Second Amended Complaint on or before September 12, 2023.

Dated: August 17, 2023                _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE