SERENA M. WARNER, SBN 264799
  Email: swarner@akk-law.com
KATHRYN A. HULSE, SBN 324013
  Email: khulse@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (also sued herein as CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES) and DEBORAH BRADFORD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. HARPREET (TINA) JOHL, RN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>　　　　　　Defendants. | Case No.: 2:23-CV-00457-JDP<br><br>**STIPULATION AND ORDER CONTINUING THE SETTLEMENT CONFERENCE** |

The parties, by and though their respective counsel of record and subject to the approval of this Court, hereby stipulate and respectfully request to continue the settlement conference currently scheduled for May 23, 2024. (ECF # 33).

WHEREAS, Defendants' lead counsel has unfortunately been occupied in the months of March and April due to a trial

WHEREAS, parties have as yet been unable to determine a date for Plaintiff's deposition prior to the current Mandatory Settlement Conference deadline.

WHEREAS, Plaintiff's deposition is essential to gather information needed to properly

-1-
STIPULATION AND ORDER CONTINUING THE SETTLEMENT CONFERENCE

assess the case, which is necessary for Defendants' counsel to make a recommendation for settlement authority.

WHEREAS the parties wish to continue to work toward an informal resolution and Defendants need additional time to secure authority;

WHEREAS, Defendants' lead counsel will be out of the state from July 10, 2024 to July 30, 2024 and thus cannot schedule Plaintiff's deposition and request settlement authority until the month of August.

Accordingly, subject to the Court's approval, the parties respectfully request to extend the Mandatory Settlement Conference from May 23, 2024 to August 19, 2024.

If this date is not available, the parties are also available on August 21st, 23rd, 26th, 28th, and 30th.

SO STIPULATED.

Dated: May 8, 2024                          ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Kathryn A. Hulse*
                                            By:_____
                                            SERENA M WARNER
                                            KATHRYN A. HULSE
                                            Attorneys for Defendants CALIFORNIA
                                            DEPARTMENT OF CORRECTIONS
                                            AND REHABILITATION


Dated: May 8, 2024                          GOYETTE, RUANO & THOMPSON

                                            */s/ Derek K. Ulmer*
                                            *(as authorized on May 8, 2024)*
                                            By:_____
                                            DEREK K. ULMER
                                            Attorneys for Plaintiff Dr. HARPREET
                                            (TINA) JOHL, RN

**ORDER**

**IT IS HEREBY ORDERED** that the Settlement Conference be continued from May 23, 2024 to August 30, 2024 at 9:30 AM via Zoom. Settlement Conference Statements are due on or before August 23, 2024, no later than 5:00 PM.

Dated: May 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE