SERENA M. WARNER, ESQ., SB. No. 264799
Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dr. HARPREET (TINA) JOHL, R.N., and SEBASTIAN DZEKASHU, R.N., <br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.: 2:23-cv-0457 JDP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINE OF DISPOSITIONAL DOCUMENTS**<br><br>Complaint Filed: March 13, 2023<br>Judge: Hon. Carolyn K. Delaney |

Plaintiff DR. HARPREET JOHL ("Plaintiff") and Defendants CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA HEALTH CARE SERVICES, and DEBORAH BRADFORD ("Defendants"), by and through their respective counsel hereby stipulate and respectfully request to extend the time to file dispositional documents on the Parties' Settlement Agreement by an additional seven (7) days to **October 7, 2024**.

1.   WHEREAS, the Parties are still in the process of finalizing the Settlement Agreement.

---

-1-
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINE OF DISPOSITIONAL DOCUMENTS

2. WHEREAS, the Parties settled this case at the Mandatory Settlement Conference held via video conference on August 30, 2024.

3. WHEREAS, the Parties have since that date met and conferred on the terms of the Settlement Agreement.

4. WHEREAS, the Parties have reached a consensus on the terms of the Settlement Agreement, but have yet to finalize the agreement and present it to the pertinent parties for signature.

5. WHEREAS, the dispositional documents on this settlement agreement are currently set to be filed today, September 30, 2024.

6. WHEREAS, Defendants' lead counsel is out sick today, September 30, 2024, and as a result of her condition is temporarily unavailable for all purposes, including the revision, completion, or filing of the dispositional documents.

7. WHEREAS, for the foregoing reasons, the Parties wish to continue the date for filing the dispositional documents by one (1) week.

Accordingly, in order to allow Defendants to submit their dispositional documents with accuracy and completeness, the Parties hereby stipulate to extend the filing date for the from September 30, 2024, to **October 7, 2024**.

SO STIPULATED.

Dated:  September 30, 2024                           ANGELO, KILDAY & KILDUFF, LLP

By:_____
     SERENA M. WARNER
     Attorneys for Defendants CALIFORNIA
     DEPARTMENT OF CORRECTIONS
     AND REHABILITATION

Dated: September 30, 2024                            **GOYETTE, RUANO & THOMPSON**

_____
VICTORIA L. GUTIERREZ
Attorney for Plaintiff

-2-
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE FILING DEADLINE OF DISPOSITIONAL DOCUMENTS

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the deadline to file the dispositional documents is extended to Monday, October 7, 2024.

IT IS SO ORDERED.

Dated: September 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE